# United States District Court for the Southern District of Indiana

**People for the Ethical Treatment of Animals, Inc.,**

    Plaintiff(s),

vs.

**Wildlife in Need and Wildlife In Deed, Inc., et al.,**

    Defendant(s).

Case No.: 4:17 CV 186 RLY DML

**AFFIDAVIT OF SERVICE**

I, _Steven A. Truitt_, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Subpoena to Testify at a Deposition in a Civil Action; Witness Fee: $40.00** to **Lauren Lowe**, located at **25803 N County Road 3250, Wynnewood, OK 73098** resulting in the following:

[✓] **PERSONAL SERVICE:** By leaving a copy of the Subpoena to Testify at a Deposition in a Civil Action; Witness Fee: $40.00 with **Lauren Lowe** personally. the _2nd_ day of _June (Tuesday)_, 20_20_ at _2:30_ _P_.M

[ ] **SUBSTITUTE SERVICE:** By leaving a copy of the Subpoena to Testify at a Deposition in a Civil Action; Witness Fee: $40.00 at the above address which is **Lauren Lowe**'s usual place of abode, with:
Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Subpoena to Testify at a Deposition in a Civil Action; Witness Fee: $40.00 on the____ day of_____, 20___ at _____ ___M
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20__

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach a separate sheet if needed**):

__/__/____ @ _____
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:
Sex:_F_ Race:_Caucasian_ Approx. Age:_Mid20's, Early30's_ Height:_5.6_ Weight:_135_ Hair:_Red_

Noticeable Features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this _2nd_ day of _June_, 20_20_.

X_____
_Steven A. Truitt_
(Print Name)

_Nina L. Truitt_
Notary Public

[Notary Seal: NINA L. TRUITT, NOTARY, #02007384, EXP. 04/26/22, STATE OF OKLAHOMA]

*256183*

Law Firm Ref #:

**MOTION TO ENFORCE - EXHIBIT 2**

# United States District Court for the Southern District of Indiana

**People for the Ethical Treatment of Animals, Inc.,**

    Plaintiff(s),
vs.

**Wildlife in Need and Wildlife In Deed, Inc., et al.,**

    Defendant(s).

Case No.: 4:17 CV 186 RLY DML

**AFFIDAVIT OF SERVICE**

I, _Steven A. Truitt_, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action** to **Lauren Lowe**, located at **25803 N County Road 3250, Wynnewood, OK 73098** resulting in the following:

[✓] **PERSONAL SERVICE:** By leaving a copy of the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action with **Lauren Lowe** personally, the _2nd_ day of _June / Tuesday_, 20_20_ at _2:30_ _P_ M.

[ ] **SUBSTITUTE SERVICE:** By leaving a copy of the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action at the above address which is **Lauren Lowe 's** usual place of abode, with: Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action on the ____ day of _____, 20__ at _____ ___M. After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20__

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach a separate sheet if needed):

__/__/____ @ _____
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:

Sex: _F_  Race: _Caucasian_  Approx. Age: _Mid 20's Early 30's_  Height: _5 feet_ _inches_  Weight: _135_  Hair: _Red_

Noticeable Features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this _2nd_ day of _June_, 20_20_.

X _____
_Steven A. Truitt_
(Print Name)

_Nina L. Truitt_
Notary Public

[Notary Seal: NINA L. TRUITT, NOTARY, #02007384, EXP. 04/26/22, STATE OF OKLAHOMA]

*256182*

Law Firm Ref #: