9/9/2019 Jeff Negan Lowe - What's on my mind? Tim Stark from Wildlife in...

Case 5:20-cv-00612-PRW Document 1-3 Filed 06/29/20 Page 1 of 11

**Jeff Negan Lowe**
19 hrs ·

What's on my mind? Tim Stark from Wildlife in Need is on my mind. He's also on the mind of the USDA, PeTA and the State of Indiana animal welfare division.

Why? where do we start? Let's see. In February or this year, Tim brought his first load of animals to my zoo in Oklahoma. It was very cold here and despite several warnings, Tim moved a bunch of reptiles in freezing temperatures in boxes, in the back of his pickup truck. Needless to say, they hemorrhaged from the freezing temps and basically vomited their frozen lungs out into the cramped wooden boxes (coffins) they died it.

Tim's next load of approximately 100 animals was delivered BY TIM from Indiana on July 19th. The animals were in an enclosed trailer with no water and no air conditioning for 20 hours in 100 degree temperatures. The trailer had air and a generator, but the cord broke on the generator and despite our pleas and offer to but a new generator, this negligent idiot ignored us and kept on driving.

He rolled in at midnight with 30 dead animals. Baboons, civet, minks, porcupines, bushbabies, monkeys, birds, It was the saddest single day we have ever had at the zoo. Our staff was devastated and all Stark could say was that "he doesn't know why we're all so p ssed he's the one that lost a fortune in animals".

The animals that survived that trip were in horrible condition, as a few of the pictures below indicate. There was a caracal who suffered massive brain damage from the heat and he suffered a stroke. other caracals had bitten one another and had open, seeping wounds.

Some animals started chewing their tails off their bodies the sloths were chewing their own feet off.

There wasn't much we could do besides get the living animals the medical treatment that they needed. Stark left that evening with his monkeys to return to Thackerville. Two days later, the newborn monkey he's holding in these pictures dropped dead. That was the second primate that died in Tim's care while in Thackerville.

Shortly before that a monkey named Jockado died in Thackerville and Tim rushed it to my vet in Norman Oklahoma. But it was too late Jockado died. Tim wanted to throw him in the trash, but I insisted that the monkey be sent to the university for necropsy to determine the cause of death. The cause of death was chronic bacterial infection of the lungs. Meaning that the monkey arrived sick. Now, why would his primates be dropping dead with chronic lung illnesses? Maybe it has to do with the fact that Stark uses Sevin dust as a flea treatment. Despite the warnings on the label to keep away from animals.

This would all be bad enough if I didn't spend 3 days at Starks place in Charlestown Indiana, July 11, 2019. This facility was the most disgusting animal facility I have ever seen personally. Animals were ankle deep in shit and rotting food. Tim said the cages of some 200 animals hadn't been cleaned in the six months he was in Thackerville. I saw dead animals, animals with no fur, open wounds and I told Tim, if he was inspected by any law enforcement agency, he would be arrested for animal cruelty. He agreed and blamed his wife for being a "lazy useless c nt"

While Tim wasn't looking, I was sending pictures and videos back to Lauren of this h ll hole. I could not believe I was considering any partnership with this clown. All I could think about was getting home and as far away from that place as possible, before anyone got Arrested.

The picture of the two rare cassowaries is probably the last picture of them alive. But death was probably a better place from them than living in this 100 degree garage with 3" of s it on every square inch of the floor.

Tim, the State of Indiana is asking me and my staff to give sworn statements regarding that
night you rolled in here. You can explain to them what an animal expert you are. This should also do wonders for your USDA trial and your PeTA lawsuit.

Not to mention, July 17-18th Tim pulled five newborn lion cubs, against a Federal Court Order and asked me to claim they were born at my park.

Tim is telling people that a cat, or cats go out of cages at my zoo? The ONLY cat that has escaped a cage here while I have operated the zoo, is D███ C█████s mountain lion, Canyon, that TIM STARK let escape as he tried to load it into a crate. The pictures of the cat in bamboo were taken that night.

**MOTION TO ENFORCE - EXHIBIT 3**

Tim, we also have audio recordings of you and Joe talking. You called him about buying a white lion cub. You also talked trash about D▮▮▮ C▮▮▮▮▮▮ on that call. You bragged about declawing all your big cats.

We also have you recorded trying to sell us all the equipment that was owned by your 501c3 for $178,000. You do know that selling assets of a non profit is a felony, right? Especially when you intend on pocketing it all?

Melissa Stark, according to Tim, he has secret bank accounts with $700,000 that he's afraid to touch because it will mail a statement to you. He also claims to have ownership in a strip club in Louisville and a golf course in Indiana. You might want to look into those claims.

Wanna know how smart Tim
Is, he was texting ▮▮▮▮ to come have ▮ with him while in Oklahoma, and didn't know that his ipad, back in Indiana was paired to his phone. So every time he offered cash for ▮, his wife was also getting the text!!

Tim, you are just like that dumb▮ss Joe, you underestimated me. I will only tolerate so much of anyone's s▮it before I turn on you. When you started killing animals out of pure neglect you died to me.

You could have walked away from me, kept your lying mouth shut, and none of this would have come out. Now its game on.

Keep running your mouth, spreading your lies and I'll start posting the audio recordings that Lauren made between you and Joe showing you purchased endangered species from him.

B▮▮ L▮▮▮, I know you watch my page, call me, its time we talk.



70             66 Comments  165 Shares

Like      Comment      Share

 **Jeff Negan Lowe** Here's the necropsy of his one of his dead monkeys. I cared more about his animals than he did. I paid $612 to find out why it died.



Like · Reply · 19h   3

 Jeff Negan Lowe this poor animal

Like · Reply · 51m

 Write a reply...

 **Jeff Negan Lowe**



Like · Reply · 19h   1

 **Jeff Negan Lowe** This is how Stark transported a bush baby



Like · Reply · 19h   4

 **Jeff Negan Lowe** And here is the bushbaby's face the night he arrived



Like · Reply · 10h    1

**Jeff Negan Lowe** And a few of the caracals he brought.



Like · Reply · 10h

And he is such a sweet Bush baby.

Like · Reply · 9h

Was this Bush baby named George??. I am crying so bad

Like · Reply · 7h    1

George... He was beautiful and such a sweetie. My heart is in pieces

Like · Reply · 6h

Me too ▮ I have cried all night

Like · Reply · 1m

Write a reply...

Omg what a POS. Jeff thank you for trying to help those helpless animals.

Like · Reply · 19h 

His ass needs to be behind bars with Joe

Like · Reply · 19h

**Jeff Negan Lowe** ▮ Thats what the State of Indiana has planned for him.

Like · Reply · 19h

Jeff Negan Lowe Good I almost croaked when I saw that Dirtbag was on my friends list. Apparently added him years ago but his sorry ass is blocked now

Like · Reply · 19h

Scum like himself have no business owning any animals. Ever You have such a love for them and go above and beyond to help them. Btw. So glad to see you back. You and Lauren were missed

Like · Reply · 19h

Write a reply...

**Jeff Negan Lowe**



Like · Reply · 18h

**Jeff Negan Lowe** If he's such a good man, why is every animal welfare agency after him for neglecting animals? You can defend him all you want. He didn't come to help me, he came to help himself. He's operating a commercial business in a residentially zoned area. He's about to lose his USDA license. He came to ride on the coat tails of someone with a perfect USDA history

Like · Reply · 18h 

Jeff Negan Lowe I'm not wanting to fight with with you . He's never spoken a bad word about you .

Like · Reply · 18h

9/9/2019 Jeff Negan Lowe - What's on my mind filled but Stark zoo 2 Wildlife ag...

Case 5:20-cv-00612-PRW Document 1-3 Filed 06/29/20 Page 6 of 11

**Jeff Negan Lowe** thats because there is NOTHING bad to say. So, go look at his comments about us on the haters page, now that he's b**tt buddies with the guy he called an a**hole two weeks ago. And if any of you don't like seeing him exposed, don't visit my page!

Like · Reply · 17h  7

Write a reply...

This makes me want to cry for them animals   take good care of them **Jeff Negan Lowe**!!

Like · Reply · 18h  1

Stupid son of a b**tch sorry Jeff needed to be said hopefully the law enforcement knows about it

Like · Reply · 18h  1

**Jeff Negan Lowe** everyone knows. We have been working with the local sheriff and both State animal bureaus. He never obtained a single health certificate to move anything

Like · Reply · 17h  1

Good he should be treated the way he treats the animals

Like · Reply · 17h  2

Write a reply...

heartbreaking

Like · Reply · 17h  1

**Jeff Negan Lowe** you know the truth, you had to nurse his sick animals around the clock

Like · Reply · 17h  1

Yes I did. I got them back up to health, even with a severely broken tail   I am blessed that I got to be a monkey mom if only for a little while, plus the other animals.

Like · Reply · 16h  2

God bless you and **Jeff Negan Lowe** for caring for them. Must have been heartbreaking.

Like · Reply · 16h  2

Write a reply...

 **Jeff Negan Lowe** He threatened to bulldoze and burn a 65 year old woman house and she had to get a no trespass warrant against him. Yeah, real sweetheart of a guy

3

Like · Reply · 17h

 Oh my he is sorry mother f█cker. Sad. You go you have heart of gold.

1

Like · Reply · 16h

 **Jeff Negan Lowe** If there are any of you that can look at these pictures and defend Stark, unfriend me if we happen to be friends and f█ck off because no animal should have to live like this. No animal should have to die of heatstroke. Just imagine that death for one minute. A full sized baboon, locked into a carrier, slammed into a dark, hot trailer, with NO water for 20 hours or more!!! F█ck Tim Stark. And I said all this to his face and he started crying and had to go sit on my bathroom floor out of shame.

10

Like · Reply · 16h

 And the roles are finally reversed....

Like · Reply · 6h

 Write a reply...

 **Jeff Negan Lowe** And IF, posts like this hurt our industry, then maybe we need to fix our industry, instead of protecting a█sholes like Stark. Keep your animals safe, keep them healthy and YOU don't have anything to worry about. Expose the ones that f█ck it up for the rest of us!! To many chickens its like Inmate Exotic and Stark to count.

10

Like · Reply · 16h · Edited

 **Jeff Negan Lowe** whoever that guy is she looks like a real do you want to hear the truth he looks like a drug addict anyways no animal like you said should look like that beautiful tiger oh my goodness and I love monkeys my dad's mom bought me a monkey when I was a little kid wow and 1970 and we called it Chico that's what █████ got his name Chico the man anyways I came home from school and my mom said he choked on a raisin well we might had to this day I'll never know the truth I sure would love to hear some stories

Like · Reply · 15h

 Write a reply...

 Oh he'll no he looks like monster I would never post his c█ap or Joe they're both losers

Like · Reply · 16h

 That's disgusting how could anyone treat their animals like this...awful no excuses

1

Like · Reply · 14h

 **Jeff Negan Lowe** ████████ had I ever dreamt that he would

had I ever dreamt that he would neglect his animals like this, I would have never considered any kind of collaboration with him.

Like · Reply · 14h

Write a reply...

**Jeff Negan Lowe**



Like · Reply · 10h   6

**Jeff Negan Lowe**



Like · Reply · 10h   2

Aww that is sad. Looking you look your cat's. Jeff i mg u a pic of grandma. She would say what your doing she loved you a lot. Way she talk well you Jeff Negan Lowe. Loved his pets I don't no why she on mind

Like · Reply · 10h

Love your cats

Like · Reply · 10h

Jeff u should have just whooped his butt or have one of ur crew at zoo do it I pretty sure they would have wanted to

Like · Reply · 9h   1

yep...

Like · Reply · 9h

Write a reply...

I rescue wildlife and don't see things this awful. This was horrid neglect. Why even have animals for them to rot? Why bother. I'll never understand why anyone would take on animals they obviously don't want the responsibility of caring for.

Like · Reply · 8h

2

WHAT THE F CK!? SERIOUSLY!? And to think I use to look up to him. This breaks my heart and enrages me. I don't have words.

Like · Reply · 7h

1

If all this were true he'd be in jail and shut down

Like · Reply · 1h

I personally know investigators that have been to this place. It's a f cking nightmare. It's hard because there's no specific governing agency for these roadside zoos

Like · Reply · 1h

3

**Jeff Negan Lowe** so, are you insinuating that these pictures are fake? Are you going to call 7 of my staff liars?

Like · Reply · 1h

Write a reply...

I've heard stories for YEARS about wildlife in need and it's about time it gets SHUT DOWN!

Like · Reply · 1h

1

Its about time, we have been exposing him for years and not one official listened. PLEASE hang this B STARD!!!!!!!

Like · Reply · 1h

I hate when I see people go here. I've heard these horrible stories about him and the animals for a couple of years now.

Like · Reply · 54m

My question is why wouldn't you turn him in before he p ssed you off?? These allegations are serious enough he should be in jail but you wait till he hurt you. Smdh. This POS should rot. Im lost for words why this wasn't reported sooner. And everything should be told. Let's not hold anything back to serve you better. Makes you just as bad a person.

Like · Reply · 53m

6

he has been reported so many times. He admitted to beaten a big cat with a baseball bat to death. IN is somehow under the FDA and they let him go. Everyone has gone after him. Just never this kind of proof. Google him. There is a FB

9/9/2019     Jeff Negan Lowe - What's on my mind? Tim Stark and Wildlife...

Case 5:20-cv-00612-PRW Document 1-3 Filed 06/29/20 Page 10 of 11

page called wildlife in need? Indeed. All against him.

Like · Reply · 31m

[name redacted] yes I've been hearing stories of this cruelty. This post says if you just left me alone??? That's calling the kettle black?



Like · Reply · 24m

[name redacted] The more reports should only be a matter of time. But more animals are going to suffer. Why wait to report this? Your just as wrong for not reporting this POS!

Like · Reply · 22m

[name redacted] oh wow!!! Well then that's an issue as well. I don't agree with zoos or buying and selling of animals. Heartbreaking all the way around.

Like · Reply · 20m

Write a reply...

[name redacted] I live 15 miles from him and have called my state representatives MULTIPLE TIMES!!!! Please HOLD him accountable

Like · Reply · 46m    2

[name redacted] I've been telling people for years this place needs to be shut down.
I used to live in the town where it's located. I've been there. S it seemed shady enough when I looked around, but I've only heard and read so much worse about it since then.

Like · Reply · 45m    1

[name redacted] If you haven't looked up his past USDA reports, you should. It's a s it show (cited multiple times for his dog having chronic ear infections. He can't even properly care for a DOG. And, of course, that's just the tip of the iceberg).
Thank you for posting this, Mr. Lowe. We are so embarrassed this fool calls Indiana home. No officials are on his side. Only his dwindling, ignorant 'hero worshipping' followers.

Like · Reply · 40m    3

Who is the "Joe" mentioned in this?

Like · Reply · 29m

Like · Reply · 29m

Like · Reply · 27m

I hope ALL of the authorities are notified of this. And news. Glad you have so much evidence. Please save the animals and put this pos away in a s■ithole where he belongs

Like · Reply · 20m

Like · Reply · 19m

Like · Reply · 17m

Funny.. Was also there that day.. And there wasnt any animal in ankle deep s■it and rotting food. Never have seen any poo.. Cause they keep them very clean. And every animal I see when there has looked healthy. If he received a animal and 2 days later it passed .. Sounds like they came sick already. He gets animals that are not in good shape.. And nurses them back to health from the shape they were received in.

Like · Reply · 11m     1

is the Joe mentioned, Joe ■■?

Like · Reply · 1m

Write a comment...