

MOTION TO ENFORCE - EXHIBIT 4