## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

PEOPLE FOR THE ETHICAL ) 
TREATMENT OF ANIMALS, INC., ) 
                                    ) 
           Plaintiff, ) 
                                    )    Case No.  CIV-20-612-PRW
v. ) 
                                    ) 
LAUREN LOWE, ) 
                                    ) 
           Defendant. ) 

## MOTION TO APPEAR PRO HAC VICE
## FILED ON BEHALF OF ATTORNEY ASHER SMITH

Plaintiff, People for the Ethical Treatment of Animals, Inc., pursuant to LCvR83.2(g) and 83.3, hereby moves this Court for an Order granting Asher Smith of the PETA Foundation leave to practice *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff People for the Ethical Treatment of Animals, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1.      Heather L. Hintz, of Phillips Murrah P.C., 101 N. Robinson, Suite 1300, Oklahoma City, Oklahoma 73102, is counsel in Oklahoma for Plaintiff in the above-captioned matter and will continue to represent Plaintiff in conjunction with Mr. Smith.

2.      Ms. Hintz is a resident of the State of Oklahoma, is duly admitted to practice in all Oklahoma courts, and is a member in good standing of the U.S. District Court for the Western District of Oklahoma, where she routinely practices.

3.      Mr. Smith is a member in good standing of the bar of highest court of New York and has been admitted to practice in the Southern District of New York; further, his license has never been suspended or revoked.

4.      Mr. Smith's business address, telephone number, and email address is:

> Asher Smith
> PETA FOUNDATION
> 1536 16th Street NW
> Washington, DC 20036
> Tel: (202) 483-7382
> ashers@petaf.org

5.      Mr. Smith does not reside in the Western District of Oklahoma, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

6.      The Request for Admission *Pro Hac Vice* of Asher Smith, as required by LCvR83.2(g), is attached hereto as **Exhibit 1**.

WHEREFORE, People for the Ethical Treatment of Animals, Inc. respectfully requests that this Court enter an Order granting Asher Smith leave to appear *pro hac vice* on its behalf for purposes of this cause only.

Dated: June 29, 2020                          Respectfully Submitted,

                                              */s/ Heather L. Hintz*
                                              Heather L. Hintz, OBA No. 14253
                                              Mark E. Hornbeek, OBA No. 33198
                                              PHILLIPS MURRAH P.C.
                                              Corporate Tower, 13th Floor
                                              101 North Robinson
                                              Oklahoma City, Oklahoma 73102
                                              Telephone: (405) 235-4100
                                              Facsimile:  (405) 235-4133
                                              *hlhintz@phillipsmurrah.com*
                                              *mehornbeek@phillipsmurrah.com*

                                              **Attorneys for People for the Ethical
                                              Treatment of Animals, Inc.**