**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.  CIV-20-612-PRW |
| v. | ) ) | |
| LAUREN LOWE, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF PEOPLE FOR THE ETHICAL TREATMENT OF**
**ANIMALS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, People for the Ethical Treatment of Animals, Inc. ("PETA"), through its

undersigned counsel, hereby files its Corporate Disclosure Statement, pursuant to Fed. R.

Civ. P. 7.1.

1.      PETA does not have a parent corporation.

2.      No publicly held corporation owns 10% or more of the stock of PETA.

Respectfully submitted,

/s/ *Heather L. Hintz*
Heather L. Hintz, OBA No. 14253
Mark E. Hornbeek, OBA No. 33198
PHILLIPS MURRAH P.C.
Corporate Tower, 13th Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile:  (405) 235-4133
*hlhintz@phillipsmurrah.com*
*mehornbeek@phillipsmurrah.com*

and

Asher Smith *(pro hac vice pending)*
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
Tel: (202) 483-7382
ashers@petaf.org

***Attorneys for Plaintiff, People for the Ethical Treatment of Animals, Inc.***