Case 5:20-cv-00612-PRW   Document 10   Filed 07/02/20   Page 1 of 2
Case 5:20-cv-00612-PRW   Document 8   Filed 06/30/20   Page 1 of 2
AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| (1) PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> (2) LAUREN LOWE, <br><br> Defendant(s). | Case No. CIV-20-612-PRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lauren Lowe
25803 N. County Road 3250
Wynnewood, OK 73089

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heather L. Hintz and Mark E. Hornbeek<br>
Phillips Murrah P.C.<br>
Corporate Tower, 13th Floor, 101 N Robinson<br>
Oklahoma City, OK  73102

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
11:25 am, Jun 30, 2020
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-20-612-PRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Lauren Lowe__

was received by me on *(date)* __6-30-2020__.

☑ I personally served the summons on the individual at *(place)* [Motion to Enforce Subpoena and to Compel Testimony and the Production of Documents] __15803 N County Rd 3250 Wynnewood, OK 73089__ on *(date)* __7-1-2020 @ 3:30 PM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-1-2020__

_____  PSS 2018-53
Server's signature

__Dwayne E. Gillespie__
Printed name and title

__6600 N. Meridian Ste 210 OKC, OK 73116__
Server's address

Additional information regarding attempted service, etc: